**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**JAMEL LAW,**

       Petitioner,

v.                                     Civil Action No. **3:18CV328**

**J. RAY ORMOND,**

       Respondent.

## <u>MEMORANDUM OPINION</u>

Jamel Law, a federal inmate proceeding *pro se*, filed this petition pursuant to 28 U.S.C. § 2241 raising four claims for relief related to his criminal and post-conviction proceedings. (ECF No. 1.) On December 17, 2019, the Magistrate Judge issued a Report and Recommendation wherein he recommended dismissing the § 2241 Petition without prejudice for want of jurisdiction. (ECF No. 15.) The Court advised Law that he could file objections within fourteen (14) days after the entry of the Report and Recommendation. Law has not responded and the time to do so has expired.

"The magistrate [judge] makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court." *Estrada v. Witkowski*, 816 F. Supp. 408, 410 (D.S.C. 1993) (citing *Mathews v. Weber*, 423 U.S. 261, 270–71 (1976)). This Court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). "The filing of objections to a magistrate [judge's] report enables the district judge to focus attention on those issues—factual and legal— that are at the heart of the parties' dispute." *Thomas v. Arn*, 474 U.S. 140, 147 (1985) (footnote omitted). In the absence of a specific written objection, this Court may adopt a magistrate

judge's recommendation without conducting a *de novo* review. *See Diamond v. Colonial Life &*
*Accident Ins. Co.*, 416 F.3d 310, 316 (4th Cir. 2005).

There being no objections, and the Court having determined that the Report and
Recommendation is correct on its merits, the Report and Recommendation (ECF No. 15) will be
ACCEPTED and ADOPTED. The Court will dismiss without prejudice Law's § 2241 Petition
(ECF No. 1) for lack of jurisdiction. Law's claims and the action will be DISMISSED.

An appropriate Order will accompany this Memorandum Opinion.

_____
M. Hannah Lauck
United States District Judge

Date: **JAN - 9 2020**
Richmond, Virginia